UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-333(DSD/SRN)

Rocket Aerohead Corporation,

Plaintiff,

v.

**ORDER OF REFERENCE**

Victor Jay Liechty II,

Defendant.

**IT IS HEREBY ORDERED** that pursuant to 28 U.S.C. § 636(b)(1)(B) that United States Magistrate Judge Susan R. Nelson is designated to conduct hearings and submit proposed findings of fact and recommendations of law on defendant's motion to dismiss. Any such motion shall be noticed for hearing before Magistrate Judge Susan R. Nelson.

Dated: July 5, 2001

David S. Doty, Judge
United States District Court

FILED 7-5-01
RICHARD D. SLETTEN, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______