UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

Rocket Aerohead Corporation,

Plaintiff,

v.

Victor Jay Liechty, II,

Defendant.

Case No. 01-333 JEL/JGL
Judge Joan Ericksen Lancaster
Magistrate Judge Jonathan G. Lebedoff

**AMENDED PRETRIAL SCHEDULING ORDER**

Pursuant to Rule16 of the Federal Rules of Civil Procedure, in order to secure the just, speedy, and inexpensive determination of this action, the following schedule shall govern this proceeding. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

**Discovery Plan**

1. Discovery shall be completed by May 1, 2003.

2. Disclosure of the identify of expert witnesses under Rule 26(a)(2)(A) an full disclosure of expert testimony, required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, shall be made as follows:

   a. By Defendant with respect to its claim of patent infringement and damages, on or before February 1, 2003.

   b. By Plaintiff with respect to its claim of invalidity and non-infringement on or before April 1, 2003.

3. No more than 25 interrogatories shall be served by any party.

4. No more than 50 requests for documents shall be served by any party.

5. No more than 25 requests for admissions shall be served by any party.

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

6. No more than 7 depositions, excluding expert witness depositions, shall be taken by any party. Each party shall take no more than 2 expert depositions.

**Non-Dispositive Motions**

1. All non-dispositive motions and supporting documents shall be served and filed by May 1, 2003.

2. All non-dispositive motions shall be scheduled, filed and served in accordance with Local Rules 7.1, 37.1, and 37.2.

**Dispositive Motions**

1. All dispositive motions shall be served, filed and scheduled by June 1, 2003.

2. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1.

**Trial**

This case shall be ready for trial by jury on August 1, 2003 or upon resolution of any pending dispositive motions. Anticipated length of trial is 4-5 days.

Dated: Sept. 4, 2002

JONATHAN G. LEBEDOFF
United States Magistrate Judge