UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Rocket Aerohead Corporation,

Plaintiff,

v.

Civ. No. 01-333 (JEL/JGL)
ORDER

Victor Jay Liechty, II,

Defendant.

---

Alfred H. Edwall, Jr., Esq., Edwall Law Office, appeared for Plaintiff Rocket Aerohead Corporation.

Michael P. North, Esq., Arthur, Chapman, Kettering, Smetak & Pikala, P.A., appeared for Defendant Victor Jay Liechty, II.

---

This matter came before the Court on September 26, 2002, for a hearing on Plaintiff Rocket Aerohead Corporation's Motion to Dismiss Certain Claims Pursuant to Rule 41. The Court grants Plaintiff's motion. Therefore, IT IS ORDERED THAT:

1. Plaintiff Rocket Aerohead Corporation's Motion to Dismiss Certain Claims Pursuant to Rule 41 [Docket No. 36] is GRANTED.

2. Claim 2 and Claim 3 of Plaintiff's amended complaint are dismissed with prejudice.

Dated: September 26, 2002

JOAN ERICKSEN LANCASTER
United States District Judge

SEP 27 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK