**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**ROCKET AEROHEAD CORPORATION,**

Plaintiff,

v.

**VICTOR JAY LIECHTY, II,**

Defendant.

Civil No. 01-333 (JEL/JGL)

**ORDER**

---

APPEARANCES

Alfred Edwall, Jr., Esq. for Plaintiff
Michael P. North, Esq. for Defendant

---

JONATHAN LEBEDOFF, Chief United States Magistrate Judge

The above-entitled matter is before the undersigned Chief Magistrate Judge of District Court on Michael P. North's Motion for Stay of Order Pending Appeal.

Based upon all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Michael P. North's Motion for Stay of Order Pending Appeal (no Doc. No.) is **DENIED**.

Dated: November 13, 2002

JONATHAN LEBEDOFF
Chief United States Magistrate Judge

FILED 11-13-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______