UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Rocket Aerohead Corporation,

Plaintiff,

v.

Civ. No. 01-333 (JEL/JGL)
ORDER

Victor Jay Liechty, II,

Defendant.

This matter is before the Court on an appeal by Defendant Victor Jay Liechty and his counsel of an Order issued by the Honorable Jonathan G. Lebedoff, Chief United States Magistrate Judge, on November 6, 2002. Liechty's counsel appeals the denial of his motion to withdraw and Liechty appeals the scheduling of his deposition.

The Court must modify or set aside any portion of the Magistrate Judge's Order found to be clearly erroneous or contrary to law. *See* 28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72(a); Local Rule 72.1(b)(2). This is an extremely deferential standard. *Reko v. Creative Promotions, Inc.*, 70 F. Supp. 2d 1005, 1007 (D. Minn. 1999). "A finding is 'clearly erroneous' when, although there is evidence to support it, the reviewing court on the entire evidence is left with the definite and firm conviction that a mistake has been committed." *Chakales v. Comm'r of Internal Revenue*, 79 F.3d 726, 728 (8th Cir. 1996) (quoting *United States v. United States Gypsum Co.*, 333 U.S. 364, 395 (1948)). The Court finds that the Magistrate Judge's Order is neither clearly erroneous nor contrary to law. The Court therefore denies the appeal and affirms the Magistrate Judge's Order in all respects.

NOV 2 2 2002
FILED________________
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED__________
DEPUTY CLERK'S INITIALS________

Accordingly, IT IS HEREBY ORDERED THAT:

1. The Magistrate Judge's Order of November 6, 2002, [Docket No. 66] is AFFIRMED.

Dated: November 22, 2002

JOAN ERICKSEN LANCASTER
United States District Judge