UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

Rocket Aerohead Corporation,

Plaintiff,

v.

Victor Jay Liechty, II,

Defendant.

Case No. 01-333 JEL/JGL
Judge Joan Ericksen Lancaster
Magistrate Judge Jonathan G. Lebedoff

**STIPULATION AND JOINT MOTION FOR AMENDMENT OF THE PRETRIAL SCHEDULING ORDER**

The parties hereto, by and through their respective counsel, hereby stipulate and agree as follows, and further jointly move the Court, pursuant to Rule 16 of the Federal Rules of Civil Procedure and Local Rule 16.3, for an Amendment of the Pretrial Scheduling Order based upon the following reasons and good cause shown thereby:

(1) Defendant Victor Jay Liechty, II has engaged new counsel in this action, and the parties have substantially completed factual depositions in this matter;

(2) The Court, the Honorable Chief Magistrate Judge Lebedoff presiding, entered an Order dated January 16, 2003 which provided for a modification of the Scheduling Order in this action to extend the expert deadline for the plaintiff from February 1, 2003 to April 1, 2003, however, the Court did not, however, indicate when the plaintiff's expert reports were due, and did not amend the Amended Pretrial Scheduling Order in this matter to provide for any new date for the plaintiff's expert disclosures;

(3) Plaintiff has filed a Motion for Summary Judgment on Defendant's counterclaim for patent infringement which motion, if granted, would obviate the need for discovery relating to financial matters and obviate the need for expert witness testimony concerning financial matters;

FILED MAR 2 5 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

(4) The parties are agreeable to delaying discovery on financial matters, and the parties agree that discovery concerning financial matters will not be time consuming, should it be necessary, and

(5) The parties wish to Amend the Pretrial Scheduling Order as set forth below, and have only changed the deadlines with respect to expert witness deadlines and financial discovery.

Now therefore, it is hereby agreed between the parties, and the parties hereby jointly move the Court, to enter the attached discovery plan to Amend the Pretrial Scheduling Order as amended in the attached Order, which may be entered by the Court without further notice or hearing by the Court.

Dated: March 20, 2003

**EDWALL LAW OFFICE**

By: ______________________
Alfred H. Edwall, Jr. (#0166984)
70 County Road C West, Suite #704
Little Canada, Minnesota 55117
Telephone: (651) 489-7371
Facsimile: (651) 489-7406

**Attorney for Plaintiff**

Dated: March 20, 2003

**MORRIS, BATEMAN, O'BRYANT AND CAMPAIGN**

By: ______________________
Wesley M. Lang (#4613)
136 South Main Street
Suite #700
Salt Lake City, UT 84101

**Attorney for Defendant**

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

Rocket Aerohead Corporation,

Plaintiff,

v.

Victor Jay Liechty, II,

Defendant.

Case No. 01-333 JEL/JGL
Judge Joan Ericksen Lancaster
Magistrate Judge Jonathan G. Lebedoff

**SECOND AMENDED PRETRIAL SCHEDULING ORDER**

Pursuant to Rule 16 of the Federal Rules of Civil Procedure, in order to secure the just, speedy and inexpensive determination of this action, the following Second Amended Scheduling Order shall govern this proceeding. This Schedule may be modified only upon a formal motion and a showing of good cause is required by Local Rule 16.3.

**Discovery Plan**

1. Discovery shall be completed by May 1, 2003, except as hereinafter set forth.

2. Disclosure of the identify of expert witnesses under Rule 26(a)(2)(A) and full disclosure of expert testimony required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness shall be made as follows with respect to liability issues:

   a. By Defendant with respect to its claim of patent infringement on or before April 1, 2003.

   b. By Plaintiff with respect to its claims of invalidity and non-infringement on or before May 15, 2003.

   c. The parties shall proceed with appropriate expedited discovery of financial issues relating to defendant's claim for a royalty within thirty (30) days of the Court's Order, if any, denying Plaintiff's Motion for Summary Judgment with respect to the patent infringement counterclaim, and the parties shall exchange expert witness reports relating to purported royalties due with respect to those issues on or before May 15, 2003, or within thirty (30) days

of the Court's Order, if any, denying Summary Judgment.

3. No more than 25 interrogatories shall be served by any party.

4. No more than 50 requests for documents shall be served by any party.

5. No more than 25 requests for admissions shall be served by any party.

6. No more than 7 depositions excluding expert witness depositions shall be taken by any party. Each party shall take no more than 2 expert witness depositions.

**Non-Dispositive Motions**

1. All non-dispositive motions and supporting documents shall be served and filed by May 15, 2003.

2. All non-dispositive motions shall be scheduled, filed and served in accordance with Local Rules 7.1, 37.1, and 37.2.

**Dispositive Motions**

1. All dispositive motions shall be served, filed and scheduled by June 1, 2003.

2. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1.

**Trial**

This case shall be ready for trial by jury on August 1, 2003 or upon resolution of any pending dispositive motions. Anticipated length of trial is 4-5 days.

Dated: Mar. 24, 2003

JONATHAN G. LEBEDOFF
United States Chief Magistrate Judge