UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

Rocket Aerohead Corporation,

Plaintiff,

v.

Victor Jay Liechty, II,

Defendant.

Case No. 01-333 JNE/JGL
Judge Joan N. Ericksen
Magistrate Judge Jonathan G. Lebedoff

ORDER

This matter came on before the Court pursuant to the joint stipulation of the parties and the joint motion of the parties for an order extending the time for filing and service of dispositive motions in accordance with the parties' stipulation. Based upon the stipulation of the parties, and good cause being shown, **IT IS HEREBY ORDERED** that the parties may file and serve in accordance with the Local Rules of Practice the motions and matters set forth in the parties' stipulation, and that all such motions and matters, including all reply briefs, shall be served in accordance with the local rules and filed at least five (5) days prior to July 21, 2003.

Dated: May 27, 2003

By: ______________________
Chief Magistrate Judge Jonathan G. Lebedoff

MAY 27 2003
FILED ______
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______