Wesley M. Lang (4613)
Randall B. Bateman (6482)
MORRISS, BATEMAN, O'BRYANT & COMPAGNI, P.C.
136 South Main, #700
Salt Lake City, Utah, 84101
Telephone: (801) 478-0071
Facsimile: (801) 478-0076

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

| | | |
|---|---|---|
| Rocket Aerohead Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>Victor Jay Liechty, II,<br><br>Defendant. | ) | [redacted] ORDER GRANTING MOTION FOR WITHDRAWAL OF COUNSEL<br><br>Case No.: 01-333 JEJ/JGL<br>Judge Joan Erickson Lancaster<br>Magistrate Judge Jonathan G. Lebedoff |

THE COURT, having considered the Motion for Withdrawal of Counsel and finding good cause therefore,

IT IS HEREBY ORDERED, that Randall B. Bateman is granted leave to withdraw from the above-referenced case.

Dated this 2nd day of June, 2003

Joan Erickson Lancaster
United States District Judge



JUN 02 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK