AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## District of Minnesota

Rocket Aerohead Corporation,

V.

Victor Jay Liechty, II,

## JUDGMENT IN A CIVIL CASE

Case Number: 01-333 JNE/JGL

9 **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

9 **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Rocket's motion for summary judgment is granted

Liechty's motion for partial summary judgment is denied.

Liechty's motion to strike is denied.

Liechty's counterclaim for patent infringement is dismissed.

Claims 1 - 9 and 15 - 21 of United States Patent No. 6,171,206 are declared invalid.

March 16, 2004, 2004
Date

RICHARD D. SLETTEN, CLERK

s/Julie Rustad
(By) Julie Rustad, Deputy Clerk