UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Office of the Clerk
202 U.S. Courthouse
300 South 4th Street
Minneapolis, MN 55415

RICHARD D. SLETTEN, CLERK
(612) 664-5000

May 21, 2004

**Clerk, U.S. Court of Appeals**
Federal Circuit
National Courts Building
717 Madison Place NW, Room 401
Washington, DC 20439

In Re: Dist. Ct Civil Case No. 01-333 (JNE/JGL)
Federal Circuit Case No. ___
Case Title Rocket Aerohead Corporation v. Victor Jay L iechty, II

TRANSMITTAL OF APPEAL

Enclosed please find one certified copy of each of the following documents:
(X) Notice of Appeal
(X) Order/Judgment appealed from
(X) Docket Entries
( ) Other:
( ) The statutory filing fee has been paid, receipt #
( ) The statutory filing fee has been waived:
__ USA filed appeal __ In Forma Pauperis
( )Prisoner ( )Pro Se ( )Motion Pending

cc: Counsel; Court Reporter

TRANSMITTAL INFORMATION SHEET

TRANSMITTED HEREWITH:
( ) Original File(s), consisting of __ file(s)
( ) Designated Clerk's Record #
( ) Transcript(s): (Entered below or attached list)

| **Volume** | **Date** | **Proceeding** |
|---|---|---|

Deputy Clerk___________________________

ACKNOWLEDGEMENT OF RECEIPT OF DOCUMENTS

Date received______________ by:___________________________________

# U.S. COURT OF APPEALS -- EIGHTH CIRCUIT

## NOA SUPPLEMENT FORM

Please note any additions or deletions to the style of the case from the style listed on the docket sheet, or attach an amended docket sheet with the final style of the case.

Length of Trial: __ days

Financial Status:

Fee Paid? Receipt # Yes ( ) No ( )
If No, has IFP been granted? Yes ( ) No ( )
Is there a pending motion for IFP? Yes ( ) No ( )
( )Prisoner ( )Pro Se
USA filed appeal? Yes ( ) No ( )
Are there any other pending post-judgment motions? Yes ( ) No ( )

**YOU MUST CALL CHAMBERS TO DETERMINE THIS INFORMATION**

Is there keen local interest in this case? Yes ( ) No ( )
Do you recommend a simultaneous opinion release? Yes ( ) No ( )

Please identify the court reporter. (If no court reporter please check)__

Name
Address

Telephone

Forms A & B were not enclosed; mailed to counsel:_
Forms A & B were given to counsel at the counter:_
Completed Form A enclosed in transmittal letter :_

**SPECIAL COMMENTS:**

Deputy Clerk s/Heather Labat
Heather Labat