70 COUNTY ROAD C WEST
SUITE #704
LITTLE CANADA, MINNESOTA 55117
TELEPHONE NO.: 651-489-7371
FACSIMILE NO.: 651-489-7406
Aledwall-law-office@worldnet.att.net

# EDWALL LAW OFFICE

June 22, 2004

RECEIVED
by mail
JUN 24 2004
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

**VIA U.S. MAIL**

Greg Johnson
Rocket Aerohead Corporation
2025 Gateway Circle
Centerville, MN 55038

Re: Rocket Aerohead Corp. v. Victor Jay Liechty, II
Court File No.: 01-333 JNE/JGL

Dear Greg:

Due to Mr. Edwall's present health condition and the indeterminable duration of recovery, on July 31, 2004, the Edwall Law Office will close its business. At this time, I would strongly suggest that you seek alternative counsel regarding the above-referenced actions as soon as possible.

Furthermore, due to the impending closing date, I will be happy to assist you in any way in your attempt to retain alternative counsel. Please do not hesitate to contact me with any questions you may have as I want to make this transition go as smoothly as I can for you. Thank you for your attention to this matter.

Yours truly,

Marci Wendt

Marci Wendt
Paralegal/Office Manager

cc: The Honorable Joan N. Ericksen
The Honorable Jonathan Lebedoff
Michael Gans, Eighth Circuit Court of Appeals Clerk of Court
Heather Labat, United States District Court Deputy Clerk
Wesley Lang, Esq.

SCANNED
JUN 24 2004
U.S. DISTRICT COURT MPLS