01-333 JNE/JGL

# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

No. 04-2384

| | | |
|---|---|---|
| Rocket Aerohead Corporation, | * | |
| | * | |
| Appellee, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | District of Minnesota. |
| Victor Jay Liechty, II, | * | |
| | * | |
| Appellant. | * | |

**JUDGMENT**

This cause is ordered transferred and the case file transmitted to the United States Court of Appeals for the Federal Circuit.

June 22, 2004

Order entered at the Direction of the Court

Michael E. Gans

Clerk, U. S. Court of Appeals, Eighth Circuit

SCANNED
JUN 28 2004
U.S. DISTRICT COURT MPLS

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: Michael E. Gans

UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
THOMAS F. EAGLETON COURT HOUSE
ROOM 24.329
111 S. 10TH STREET
ST. LOUIS, MISSOURI 63102

MICHAEL E. GANS
Clerk of Court

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

June 22, 2004

Mr. Wesley M. Lang
POWELL & LANG
Suite 850
50 South Main
Salt Lake City, UT 84144

Re: 04-2384 Rocket Aerohead vs. Victor Jay Liechty

Dear Counsel:

Enclosed is a certified copy of an order which was entered in the above cause today transferring this case to the United States Court of Appeals for the Federal Circuit. We also enclose to the Federal Circuit clerk's office a copy of our docket sheet and the pleadings filed in this court.

(5009-010199)

Sincerely,

Michael E. Gans
Clerk of Court

mer

Enclosure(s)

cc: Honorable Joan N. Ericksen, U.S. District Judge
Alfred H. Edwall Jr.
Richard Sletten, Clerk

District Court/Agency Case Number(s): CIV 01-333 JNE/JGL

UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
THOMAS F. EAGLETON COURT HOUSE
ROOM 24.329
111 S. 10TH STREET
ST. LOUIS, MISSOURI 63102

MICHAEL E. GANS
Clerk of Court

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

June 22, 2004

Jan Horbaly
Clerk/Circuit Executive
U.S. Court of Appeals for the Federal Circuit
717 Madison Place, N.W.
Washington, D.C. 20439

Re: 04-2384 Rocket Aerohead vs. Victor Jay Liechty

Dear Clerk:

Enclosed is a certified copy of an order entered today transferring this case to your circuit. The originals of the pleadings filed in this court and a copy of our docket sheet are also enclosed.

(5511-010199)

Sincerely,

Michael E. Gans
Clerk of Court

mer

Enclosure(s)

cc: Alfred H. Edwall Jr.
Wesley M. Lang
Richard Sletten, Clerk

District Court/Agency Case Number(s): CIV 01-333 JNE/JGL