# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## NOTICE OF DOCKETING

04-1435 - ROCKET AEROHEAD V LIECHTY

06/23/04
(Date of Docketing)

Appeal from DCT NO. 0:01-CV-00333 JNE/JGL

United States District Court / District of Minnesota

Name of appellant(s): VICTOR JAY LIECHTY, II

Critical dates for counsel, pro se parties, and the court include:

Date of docketing, as above (Rules 12 & 15)
Entry of appearance due (Rule 47.3)
Certificate of interest due (Rule 47.4)
**Briefs due (Rule 31) "You will not receive a separate briefing schedule from the Clerk's Office".**
Joint Statement of Compliance with Fed Cir. R. 33.
**Calendar for oral argument or submission on briefs (Rule 34 & Practice Note) - Please notify the Clerk's Office of any possible conflicts as soon as possible.**

Pro se parties should refer to the GUIDE FOR PRO SE PETITIONERS AND APPELLANTS.

Attachments (with recipients noted) to this notice include:

Official caption (All)
Rules of Practice (pro se parties - attorneys must return the form below)
Entry of appearance form (All counsel and pro se parties)
Informal brief form (Pro se parties)
Transcript Purchase Order form (Rule 3 appellants)
Motion and Affidavit for Leave to Proceed in Forma Pauperis form (parties owing the docketing fee)

JAN HORBALY, Clerk

cc: USDC MN
Alfred H. Edwall, Jr.
Wesley M Lang

The Federal Circuit's Rules of Practice are available by calling (202) 633-6550, and the Rules are likewise available for downloading at www.fedcir.gov.

SCANNED
JUN 28 2004
U.S. DISTRICT COURT ST. PAUL

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Official Caption[1]

RECEIVED
BY MAIL
JUN 28 2004
CLERK US DIST COURT
ST. PAUL, MN

04-1435

ROCKET AEROHEAD CORPORATION,

Plaintiff-Appellee,

v.

VICTOR JAY LIECHTY, II,

Defendant-Appellant.

Appeal from the United States District Court for the District of Minnesota in case no. 0:01-CV-00333, Judge Joan N. Ericksen.

Authorized Abbreviated Caption[2]

ROCKET AEROHEAD v LIECHTY, 04-1435

[1] Required for use on petitions, formal briefs and appendices, court opinions, and dispositive court orders. FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.