NOTE: Pursuant to Fed. Cir. R. 47.6, this order is not citable as precedent. It is a public record.

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## ORDER

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

FOR THE COURT,

Jan Horbaly
Clerk

07/13/04

cc: Clerk's Office, DCT
WESLEY M. LANG
ALFRED H. EDWALL, JR.

ISSUED AS A MANDATE: 07/13/04

ROCKET AEROHEAD V LIECHTY, O4-1435
DCT - 0:01-CV-00333

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE.
UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
By: Date: 7/13/04

FILED
U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT
JUL 13 2004
JAN HORBALY
CLERK

SCANNED
JUL 19 2004
U.S. DISTRICT COURT MPLS

01-CV-333 JNE/JGL

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

RECEIVED
BY U.S. MAIL
2004 JUL 19 AM 9:36
CLERK, U.S. DIST COURT
MINNEAPOLIS, MN

04-1435

ROCKET AEROHEAD CORPORATION,

Plaintiff-Appellee,

v.

VICTOR JAY LIECHTY, II,

Defendant-Appellant.

## ORDER