# ALDO J. TERRAZAS, Esq.

LAWYER■ COUNSELOR■ ADVOCATE

RECEIVED
BY U.S. MAIL

2004 JUL 26 AM 9: 17

CLERK, U.S. DIST COURT
MINNEAPOLIS, MN

July 23, 2004

United States District Court
District of Minnesota
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

United States Court of Appeals
For the Federal Circuit
National Courts Building
717 Madison Place NW, Room 401
Washington, DC 20439

RE: *ROCKET AEROHEAD CORP. V. VICTOR JAY LIECHTY, II*
US DC File No: 01-333 JNE/JGL
USCAFD File No: 04-1435

Please be advised that the undersigned represents Rocket Aerohead in the above captioned case. Accordingly, any and all correspondence in this case should be directed to the undersigned.

Sincerely,

Aldo J. Terrazas

AJT/pg

c: Mr. Johnson
Mr. Lang

SCANNED
JUL 26 2004
U.S. DISTRICT COURT MPLS

701 4th Avenue South, Suite 500
Minneapolis, MN 55415
aldoterrazas@msn.com
Office: 612-321-0550
Cell: 612-201-3584
Assistant: 612-616-1807