**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

Rocket Aerohead Corporation, Case No: 01-CV-333 (JNE/JGL)

Plaintiff,

v.

Victor Jay Liechty, II,

Defendant.

**NOTICE OF MOTION**

TO: The above named defendant, through his attorney, Wesley M. Lang, Esq. 136 South Main Street, Salt Lake City, UT 84101.

**PLEASE TAKE NOTICE** that the above named plaintiff will move the court, Hon. Joan N. Ericksen, United States District Court Judge, on February 7, 2005, at 9:30 a.m. in court room #3 at the 7th floor of the Warren Burger Federal Building, located at 316 North Robert Street, in the City of St. Paul, State of Minnesota for an award of Attorney Fees and a Finding of an Exceptional Case, pursuant to the Notice of Motion and Motion and Memorandum in Support filed and served upon you on April 2, 2004.

Date: December 14, 2004

*S/ Aldo J. Terrazas*

Aldo J. Terrazas, Lic. 190524
Attorney for Defendant
701 4th Avenue South, Suite 500
Minneapolis, MN 55415
612-321-0550