# CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of December, 2004, I caused to be served by mail true and accurate copies of the following documents:

1. Notice of Motion.

upon:

Wesley Lang
Morris, Bateman, O'Bryant and Campaign
136 South Main Street
Suite # 700
Salt Lake City, UT 84101

by having it mailed from Minneapolis, Minnesota to the last known address of the above counsel.

Date: December 14, 2004

By:______________________________
Patricia Gomez