UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

| | |
|---|---|
| ROCKET AEROHEAD CORPORATION<br>Plaintiff<br><br>vs.<br><br>VICTOR JAY LIECHTY, II<br>Defendant. | **AFFIDAVITS AND EXHIBITS**<br><br>Case No.: 01-333 ~~JEL~~ JNE/JGL<br><br>Judge Joan Ericksen Lancaster<br><br>Magistrate Judge Jonathan Lebedoff |

SCANNED
FEB 07 2005
U.S. DISTRICT COURT ST. PAUL

LETTER FROM DANA TANGREN TO GREG JOHNSON

WORKMAN NYDEGGER & SEELEY
ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION
1000 EAGLE GATE TOWER
60 EAST SOUTH TEMPLE
SALT LAKE CITY, UTAH 84111
TELEPHONE (801) 533-9800
FACSIMILE (801) 328-1707

RICK D. NYDEGGER
DAVID O. SEELEY
BRENT P. LORIMER
THOMAS R. VUKSINICK
LARRY R. LAYCOCK
JONATHAN W. RICHARDS
DAVID R. WRIGHT
JOHN C. STRINGHAM
BRADLEY K. DESANDRO
JOHN M. GUYNN
CHARLES L. ROBERTS
GREGORY M. TAYLOR
DANA L. TANGREN
KEVIN B. LAURENCE
ERIC L. MASCHOFF
CHARLES J. VEVERKA
ROBYN L. PHILLIPS
RICHARD C. GILMORE†
DAVID B. DELLENBACH
KEVIN K. JOHANSON
L. DAVID GRIFFIN

R. BURNS ISRAELSEN
DAVID R. TODD
FRASER D. ROY
CARL T. REED
JESÚS JUANÓS I TIMONEDA, PH.D.
R. PARRISH FREEMAN, JR.
PETER F. MALEN, JR.
ADRIAN J. LEE
DAVID B. TINGEY
L. REX SEARS, PH.D.
ERIC M. KAMERATH
ROBERT E. AYCOCK
JENS C. JENKINS
KEVIN W. STINGER
WILLIAM J. ATHAY

†ADMITTED ONLY IN CALIFORNIA

H. ROSS WORKMAN
OF COUNSEL

PATENT
TRADEMARK
COPYRIGHT
TRADE SECRETS
UNFAIR COMPETITION
LICENSING
COMPLEX LITIGATION

MAILING ADDRESS:
P.O. BOX 45862
SALT LAKE CITY, UT 84145

INTERNET
HOME PAGE: http://www.wnspat.com
GENERAL E-MAIL: info@wnspat.com

January 22, 2001

**REGISTERED MAIL**

Greg Johnson, President
ROCKET AEROHEADS CORP.
PO Box 6749
Minneapolis, Minnesota 55406

Re: Licensing of U.S. Patent No. 6,171,206
Our File: 14291.8

Dear Mr. Johnson:

We represent Mr. Jay Liechty, II and his company Grim Reaper Broadheads in their patent and other intellectual property matters. Enclosed herewith please find a copy of U.S. Patent No. 6,171,206 (hereinafter "the '206 patent") which issued on January 9, 2001 in the name of Mr. Liechty. Also enclosed herewith is a Certificate of Correction relating to the '206 patent which was recently filed in the United States Patent and Trademark Office.

It appears that independent claims 1, 5, and 15 and many of the corresponding dependent claims literally read on the mechanical broadheads sold under the marks METEORITE™ and STEELHEAD™ by Rocket Aeroheads Corp. At this point, we would like to discuss with you the option of licensing the '206 patent.

At a prelude to potential negotiations of a license agreement, set forth is a rough outline of some terms under which an exclusive license to the '206 patent would be granted to Rocket Aeroheads Corp.:

1. A one-time up front nonrefundable payment of $25,000. This payment would not be credited towards royalty payments as set forth below.

2. A royalty payment of 7% based on gross sale of products.

3. A minimum annual royalty payment of $25,000.

4. Grim Reaper Broadheads will retain rights to manufacture, use, sell, and import product under the '206 patent.

Thank you for your attention to this matter. Should you wish to discuss licensing of the '206 patent, please contact me prior to March 1, 2001.

Cordially,

WORKMAN, NYDEGGER & SEELEY

DANA L. TANGREN

DLT:dfw
Enclosure
cc: Jay Liechty, II
G:\DATA\WPDOCS3\DFW\DLT\JAY\0122johnsonltr_8.doc

# LETTER FROM ALFRED EDWALL TO DANA TANGREN

1790 LEXINGTON AVENUE
ROSEVILLE, MINNESOTA 55113
TELEPHONE NO.: 651-489-7371
FACSIMILE NO.: 651-489-7406
EDWALL-LAW-OFFICE@worldnet.att.net
ALEDWALL-LAW-OFFICE@worldnet.att.net

# EDWALL LAW OFFICE

February 22 2001

Dana L. Tangren
Workman, Nydegger & Seeley
1000 Eagle Gate Tower
60 East South Temple
Salt Lake City, UT 84111

Re: Licensing of U.S. Patent No. 6,171,206

Dear Ms. Tangren:

I represent Rocket Aerohead Corporation in connection with the demand made in your letter dated January 22, 2001 relating to Mr. Victor Jay Liechty, II and United States Patent No. 6,171,206 (the " '206 patent").

Your letter states that you believe that the mechanical broadhead sold by Rocket under the marks Meteorite™ and Steelhead™ literally infringe Claims 1, 5, and 15 of the '206 patent. Rocket has engaged in substantial investigation of the allegations that you have made in your letter. Rocket has had my office investigate the validity of the claims at issue, and Rocket has had a well respected expert in the archery industry examine the claims of the '206 patent in light of the prior art. We have formed an opinion that the claims at issue are invalid for a number of reasons.

We are extremely concerned by the size of your demands for a proposed royalty. These numbers are in essence unheard of in the archery industry. You should be advised that my client has meritorious claims of unfair competition against Mr. Liechty relating to his activities at the Deer Classic Trade Show in Minneapolis, Minnesota in 1999.

Based upon the foregoing, Rocket is not interested in a negotiation of a license agreement along the lines that you have suggested. Furthermore, Rocket has filed an action in the United States District court for the District of Minnesota against Mr. Liechty. A courtesy copy is enclosed for your review.

At this time, Rocket would be willing to resolve this matter should your client be interested in covenanting not to sue Rocket on any claim relating to the '206 patent.

Yours truly,

Alfred H. Edwall, Jr.

AE:mw

Enclosures

cc: Greg Johnson

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

ROCKET AEROHEAD CORPORATION
Plaintiff

vs.

VICTOR JAY LIECHTY, II
Defendant.

AFFIDAVIT OF VICTOR JAY LIECHTY II

Case No.: 01-333 JEL/JGL

Judge Joan Ericksen Lancaster

Magistrate Judge Jonathan Lebedoff

STATE OF UTAH )
:ss.
COUNTY OF UTAH )

Defendant, Victor Jay Liechty II, being first duly sworn deposes and says upon his oath as follows:

1. I am the Plaintiff in the above entitled matter.
2. I have personal knowledge of the following facts.
3. In March of 2000, at the Minnesota Deer Classic trade show, I had a display comparing my products to my competitors, including Rocket's. Eric Meredith, Rocket's sales manager, approached me and told me that although Rocket did not think they could win, Rocket would sue me to tie me up in court and force me to spend $80,000 or more.

DATED this 28 day of January, 2005.

Jay Liechty
Victor Jay Liechty II

SUBSCRIBED AND SWORN to before me this 28 day of January, 2005.

Millie Flannery
Notary Public

NOTARY PUBLIC
MILLIE FLANNERY
111 N. 200 W. P.O. Box 737
Provo, Utah 84601
My Commission Expires
November 15, 2005
STATE OF UTAH