**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

Rocket Aerohead Corporation, Case No: 01-CV-333 (JNE/JGL)

Plaintiff,

v.

**NOTICE OF SETTLEMENT AND DISMISSAL OF MOTION WITH PREJUDICE**

Victor Jay Liechty, II,

Defendant.

TO: The Court.

**PLEASE TAKE NOTICE** that the above named parties have settled Plaintiff's claim to attorney's fees, therefore the same is hereby voluntarily dismissed by the Plaintiff with prejudice.

Date: March 20, 2005

*S/ Aldo J. Terrazas*

Aldo J. Terrazas, Lic. 190524
Attorney for Plaintiff
701 4th Avenue South, Suite 500
Minneapolis, MN 55415
612-321-0550